# United States District Court

FILED
AUG 2 3 2005
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| v. | |
| DARNEZ HERRING | CASE NUMBER: 2:05mj103-CSC |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __November 9, 2004__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute approximately 13.1 grams of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ I further state that I am a(n) __High Intensity Drug Trafficking Area Agent__ and that this complaint is based on the following facts:

Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

| August 23, 2005 | at | Montgomery, Alabama |
|---|---|---|
| Date | | City and State |

| Charles S. Coody, U.S. Magistrate Judge | |
|---|---|
| Name and Title of Judicial Officer | Signature of Judicial Officer |

## AFFIDAVIT

Affiant, Joe Herman, being duly sworn deposes and says:

1. I am an Alabama State Trooper, assigned as an Agent for the Alabama Bureau of Investigation's Narcotics Operations Service, and detailed to the Major Investigation Team of the High Intensity Drug Trafficking Area Task Force (HIDTA), which are, both located at the Investigative Operations Center in Montgomery, Alabama. I am cross-designated and federally deputized by the United States Drug Enforcement Administration (DEA) which empowers him with authority under Title 21, United States Code. I have twenty-two years of law enforcement experience in which the past twelve have been extensively directed in narcotics investigations. The facts and information in this affidavit are based on my personal knowledge and the knowledge of other law enforcement officers and confidential sources.

2. On Friday, November 5, 2005, a confidential source, herein after identified as CS was interviewed by your affiant in furtherance of a federal methamphetamine investigation. During the interview, the CS identified Darnez Herring as a local distributor of methamphetamine for the Montgomery, Alabama and surrounding area. After the interview plans were developed to attempt a controlled methamphetamine purchase from Darnez Herring.

3. On Tuesday, November 9, 2004, at the direction and control of your affiant and other participating agents and officers, the CS purchased approximately ½ ounce of methamphetamine from Herring in the parkling lot of Eastdale Apartments, located on Eastdale Road in Montgomery, Alabama. Additionally during the controlled drug buy, the CS paid Herring $500.00 the CS owed Herring for a previous ¼ ounce of

methamphetamine the CS purchased from Herring prior to the CS's cooperation with law enforcement agents. Your affiant subsequently submitted the methamphetamine purchased from Herring to the DEA laboratory in Dallas, Texas for drug identification testing. After analysis, the Forensic Chemist determined the submitted exhibit weighted 13.1 grams and was 37 percent pure d-Methamphetamine.

_____
Joe Herman, Agent
Alabama Bureau of Investigation

Sworn to and subscribed before me this 23rd day of August, 2005

_____
Charles S. Coody
United States Magistrate Judge