# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| **DARNEZ HERRING** | CASE NUMBER: 2:05 Mj 103-CSC |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**DARNEZ HERRING**__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly and intentionally possess with intent to distribute approximately 13.1 grams of methamphetamine, a Schedule II Controlled Substance,

in violation of Title __21__, United States Code, Section(s) __841(a)(1)__.

| | |
|---|---|
| CHARLES S. COODY | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | August 23, 2005  Montgomery, AL |
| Signature of Issuing Officer | Date and Location |
| (By) Deputy Clerk | |

Bail fixed at $_____ by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 5/81) Warrant for Arrest