FILED

SEP - 8 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR. NO. 2:05CR 188-A |
| | ) | |
| **v.** | ) | **[21 USC 841(a)(1)]** |
| | ) | |
| **DARNEZ HERRING** | ) | **INDICTMENT** |

**The Grand Jury charges:**

## COUNT 1

On or about the 9th day of November, 2004, in Montgomery County, within the Middle District of Alabama, the defendant,

**DARNEZ HERRING,**

did knowingly and intentionally distribute a mixture and substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
Todd A. Brown
Assistant United States Attorney