**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:05-cr-188-A |
| ) | |
| DARNEZ HERRING ) | |

**MOTION TO CONTINUE TRIAL**

COMES NOW the Defendant, Darnez Herring, by and through undersigned counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the trial calendar of November 7, 2005. In support of this motion, the Defendant would show the following:

1. The granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985). The court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161, which provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990). The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

2. The Defendant, by and through undersigned counsel, and the United States, by and through Assistant United States Attorney Todd Brown, have agreed that the Defendant will be debriefed by Government agents. If the Defendant provides useful information to the Government,

the Defendant and the United States will then negotiate a plea agreement, in which the Defendant will agree to plead guilty to the charge in the indictment. It is unlikely these negotiations will be concluded prior to November 7, 2005, when trial is scheduled to commence. Therefore, the ends of justice will be served if this Court continues this trial to its next trial term.

3. Assistant United States Attorney Todd Brown concurs with the Defendant's motion.

WHEREFORE, Defendant respectfully requests that this Motion be granted.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05-cr-188-A |
| | ) | |
| DARNEZ HERRING | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 28, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Todd A. Brown, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                      Respectfully submitted,

                                      s/ Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail:don_bethel@fd.org
                                      IN Bar Code: 14773-49