IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr188-A |
| DARNEZ HERRING | ) | |

### ORDER

Upon consideration of the Motion to Continue Trial (Doc. #19), filed by the Defendant on October 28, 2005, and the Defendant having filed a Waiver of Speedy Trial, and the Government concurring with the motion, the court finds that, for the reason that additional time is needed for the Defendant to be debriefed by Government agents and for the parties to explore the possibility of a negotiated plea agreement, the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial.  Accordingly, the motion is GRANTED, and it is hereby

ORDERED that the trial of this case is CONTINUED to the term of court commencing December 5, 2005.

DONE this 28th day of October, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE