IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. <u>2:05-cr-188-A</u> |
| | ) | |
| DARNEZ HERRING | ) | |

<u>ORDER</u>

Upon consideration of the government's motion for release of prisoner filed October 28, 2005, and for good cause, it ORDERED that the motion is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of DARNEZ HERRING to Special Agents Joe Herman, ABI, John Hurst, Millbrook Police Department, Neill Thompson, DEA, and/or Scott Edwards, Montgomery Police Department, on October 31, 2005, through March 31, 2006, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Agents Joe Herman, John Hurst,, Neill Thompson, and/or Scott Edwards return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of October , 2005.

_____
UNITED STATES MAGISTRATE JUDGE