IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05cr188-A |
| | ) | |
| DARNEZ HERRING | ) | |

## **ORDER**

    For good cause, it is

    ORDERED that a pretrial conference be and hereby is scheduled for 3:00 p.m. on November 14, 2005 in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

    DONE, this 1st day of November, 2005.

    /s/ Susan Russ Walker
    SUSAN RUSS WALKER
    UNITED STATES MAGISTRATE JUDGE