**COURTROOM DEPUTY'S MINUTES**               **DATE: January 3, 2006**

**MIDDLE DISTRICT OF ALABAMA**               **Digital Recording: 3:42 - 3:43**

<u>**PRETRIAL CONFERENCE**</u>

**PRESIDING MAG. JUDGE. Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 2:05cr188-A**          **DEFENDANT(S)   Darnez Herring**

---

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| Clark Morris standing in for Todd Brown | * | Donnie Bethel |
| | * | |
| | * | |
| | * | |

---

❏ **DISCOVERY STATUS:**
     **Completed**

---
---

❏ **PENDING MOTION STATUS:**
     **None**

---
---

❏ **PLEA STATUS:**
     **Plea negotiations**
     **Last plea date 1/17/06**

---

❏ **TRIAL STATUS**
     **Trial time - 2 days**

---
---

❏ **REMARKS:**

---
---
---