| | | |
|---|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** January 17, 2006 | |
| **MIDDLE DISTRICT OF ALABAMA** | 3:09 - 3:20 | |
| | **COURT REPORTER:** Mitchell Reisner | |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker       **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr188-WHA            **DEFENDANT NAME:** Darnez Herring
**AUSA:** Todd Brown                  **DEFENDANT ATTORNEY:** Donnie Bethel
                          Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
                          ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Dwayne Spurlock
Interpreter present? ( √ )NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit executed. ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender.  Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**   ☐ Not Guilty
       √ **Guilty as to:**
          √ **Count(s):** 1 of the Indictment
          ☐ **Count(s):**       ☐ dismissed on oral motion of USA
                          ☐ to be dismissed at sentencing
√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment
☐ **CRIMINAL TERM:**       ☐ **WAIVER OF SPEEDY TRIAL** filed.
       **DISCOVERY DISCLOSURE DATE:**
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
       ☐ Trial on _____; ☐ Sentencing on _____
√ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
       ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:  ☐ Waiver of Conflict of Interest Form executed
          ☐ Defendant requests time to secure new counsel