# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | April 20, 2006 | AT: | 10:00 a.m. |
| DATE COMPLETED: | April 20, 2006 | AT: | 10:08 a.m. |

UNITED STATES OF AMERICA    )
                            )
vs.                         )   CR. No. 2:05cr188-WHA
                            )
DARNEZ HERRING              )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Todd Brown | Donnie Bethel |

COURT OFFICIALS PRESENT

Risa Entrekin, Court Reporter            Jeffery Lee, USPO
Elna Behrman, Courtroom Deputy           Lisa Harden, Law Clerk

## COURTROOM PROCEEDINGS

(X)    **Sentencing Hearing**

Hearing commences.
Parties have reviewed the presentence report and have no objections.
Court orally GRANTS the Government's Motion for Reduction in Criminal Offense Level (Doc. #37).
Court adopts the factual statements contained in the presentence report.
Court orally GRANTS the Government's Motion for Downward Departure (Doc. #36).
Court addresses the Defendant.
Court accepts the plea agreement.
Sentence is stated.
No objections.
Sentence is ORDERED imposed as stated.
Defendant has waived his right to appeal.
Defendant is re-committed to the custody of the U. S. Marshal.