AO 245D    (Rev. 06/05) Judgment in Criminal Case
           Sheet 2 — Imprisonment

DEFENDANT:      DARNEZ HERRING                                                    Judgment—Page 2 of 6
CASE NUMBER:    2:05cr188-WHA

RECEIVED
2006 AUG 16  A 11: 14

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**37 months.**

X  The court makes the following recommendations to the Bureau of Prisons:
   The court recommends that the Defendant be designated to a facility where Intensive Residential Drug Abuse Treatment is available.

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

**RETURNED AND FILED**

**AUG 0 2006**

## RETURN

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I have executed this judgment as follows:

Defendant delivered on ___8/9/06___ to FCI, MNH

at _____, with a certified copy of this judgment.

_Scott Middlebrooks, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL