PROB 12B
(7/93)

# United States District Court

### for

### Middle District of Alabama

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
#### (Probation Form 49, Waiver of Hearing is Attached)

Name of Offender: Darnez Herring                              Case Number: 2:05cr188-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District
Judge

Date of Original Sentence: April 20, 2006

Original Offense: Possession with intent to distribute a controlled substance

Original Sentence: 37 months custody to be followed by 3 years of supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 15, 2008

### PETITIONING THE COURT

[ ]     To extend the term of supervision for __ years, for a total term of __ years.
[x ]    To modify the conditions of supervision as follows:

**You shall serve four (4) consecutive weekends at a jail facility to be
designated by the Federal Bureau of Prisons. You shall surrender for service
of this term each Friday no later than 6:00 p.m. and you shall be released each
Sunday at 6:00 p.m. Failure to report on time for service of this sentence each
weekend will be considered a violation of supervision and will subject you to
further penalties, including revocation of supervision. The exact date to begin
this modification will be as directed by the USPO.**

### CAUSE

Darnez Herring submitted a drug screen on December 1, 2009, which tested
presumptive positive for marijuana and methamphetamine. He was confronted by
the probation officer and admitted to using marijuana and crystal meth and signed
a written admission form. The offender advised that he used marijuana on
November 29, 2009 and crystal meth on November 30, 2009. He advised that he
was not sure why he decided to use the illegal substances and informed this officer
that he can not control his desire to use methamphetamine if he is around the drug.
He informed this officer that he is ready to begin his treatment and he wants to be
able to resist his urge to use methamphetamine.

PROB 12B
(7/93)

2

Herring submitted his first positive drug test (marijuana) on December 30, 2008, and the Court concurred with this officer's recommendation to take no punitive action since this was his first positive drug test. Herring's drug testing was increased. On September 23, 2009, Herring submitted his second positive drug test( methamphetamine). On October 5, 2009, Herring submitted his third positive drug test (methamphetamine). This officer submitted a noncompliance summary to the Court on October 8, 2009, advising the Court of the second and third positive drug screens. This officer requested no punitive action due to Herring agreeing to enroll into a substance abuse treatment program, and the Court concurred with the probation officer's recommendation. Herring missed his scheduled assessment at the Chemical Addictions Program (CAP) on October 20, 2009.  He was rescheduled again on November 19, 2009; however, he was late to the appointment and was not seen.  Herring was rescheduled for November 24, 2009, but never showed due to not receiving proper notification about the appointment.  On December 8, 2009, another assessment was scheduled at CAP.  Herring reported having car trouble and did not make the appointment.  Due to the misses with the Chemical Addictions Program, one of the probation office's substance abuse providers, Herring was instructed to seek drug treatment on his own at Lighthouse Counseling Center.  The offender was assessed and placed in outpatient treatment through Lighthouse.

Considering Herring's poor decision making and his disregard for the conditions of his supervision, the probation officer believes that the recent violation can best be addressed by modifying his conditions of supervised release to have him serve four (4) consecutive weekends in jail. Herring has agreed to the proposed modification of his supervision and has Probation Form 49 waiving his right to a hearing and assistance of counsel. Herring can complete the weekends in jail while attending his drug treatment.

Respectfully submitted,

by    /s/ Marcus Simmons
United States Probation Officer
Date: December 15, 2009

Reviewed and approved:   /s/ David Ron Thweatt
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[ ]    The Modification of Conditions as Noted Above
[ ]    Other

_____
Senior U. S. District Judge

_____
Date