PROB 49

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**

**WAIVER OF HEARING TO MODIFY CONDITIONS OF**
**PROBATION/SUPERVISED RELEASE OR EXTEND TERM OF SUPERVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Docket Number 2:05CR188-WHA |
| ) | |
| Darnez Herring ) | |

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or Supervised Release or to the proposed extension of my term of supervision:

**You shall serve four (4) consecutive weekends at a jail facility to be designated by the Federal Bureau of Prisons. You shall surrender for service of this term each Friday no later than 6:00 p.m. and you shall be released each Sunday at 6:00 p.m. Failure to report on time for service of this sentence each weekend will be considered a violation of your supervision and will subject you to further penalties, including revocation of supervision. The exact date to begin this modification will be as directed by the USPO.**

_Darnez Herring_
Darnez Herring
Probationer/Supervised Releasee

Witness:

_M Simmons_
Marcus T. Simmons
United States Probation Officer

_12-08-09_
Date