IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr188-WHA |
| | ) | |
| DARNEZ HERRING | ) | |

### **ORDER**

For good cause, it is

ORDERED that a reentry status conference is scheduled for 2:30 p.m. on January 29, 2010 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Defendant shall be present for this proceeding. It is further

ORDERED that defense counsel, the AUSA,[1] and the probation officer, as well as any investigator and/or treatment provider designated by any party, shall meet to review this case with the court prior to the status conference, at 1:15 p.m., in the same location.

Done, this 26th day of January, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] To the extent that the U. S. Attorney or Federal Defender intends to designate specific staff to attend reentry proceedings, those individuals may be substituted for counsel previously assigned to this case.