# United States District Court

## for

## Northern District of Alabama

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darnez Herring                                             Case Number: 2:05cr188-WHA

Name of Sentencing Judicial Officer: The Honorable W. Harold Albritton, Senior U. S. District Judge

Date of Original Sentence: April 20, 2006

Original Offense: Possession with intent to distribute a controlled substance

Original Sentence: 37 months custody to be followed by 3 years of supervised release

Type of Supervision: Supervised Release               Date Supervision Commenced: May 15, 2008

Assistant U.S. Attorney: Todd A. Brown                        Defense Attorney: Donnie W. Bethel

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Violation 1 (Mandatory Condition): "The defendant shall refrain from any unlawful use of a controlled substance." | On or about February 16, 2010, during a random drug screen administered by Frank Mims, Director/Owner of The Promises (a residential drug treatment program), Darnez Herring provided a urine specimen that tested presumptive positive for methamphetamine. On February 17, 2010, Herring signed an admission form indicating he used methamphetamine on or about February 14, 2010. Since being placed on supervised release, the offender has tested positive for methamphetamine and/or marijuana on five separate occasions. |

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   Modify the conditions as follows:

PROB 12C
(7/93)
Case 2:05-cr-00188-WHA-SRW   Document 54   Filed 02/17/10   Page 2 of 2

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 17, 2010

/s/ Daphne P. Willcox
Senior U. S. Probation Officer


Reviewed and approved:   /s/David Ron Thweatt
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Senior U.S. District Judge

2/17/10
Date