IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr188-WHA |
| | ) | |
| DARNEZ HERRING | ) | |

**UNOPPOSED MOTION TO RESCHEDULE REVOCATION HEARING**

**NOW COMES** Petitioner, **DARNEZ HERRING,** by and through undersigned counsel, and respectfully moves this Court for an Order rescheduling this revocation matter from March 3, 2010 to either March 1, 2010 or March 2, 2010.  In support of this motion, the Defendant submits the following:

1. The government does not oppose this Motion.

2. U.S. Probation Officer, Daphne Wilcox, filed a Revocation Petition in this case on February 17, 2010, alleging that Mr. Herring had tested positive for methamphetamine on February 16, 2010.  (Doc. # 52).

2. Pursuant to 18 U.S.C. § 3583, the Court scheduled a revocation hearing to determine whether Mr. Herring's supervised release should be revoked, remanding Mr. Herring to the custody of the Bureau of Prisons, or whether Mr. Herring should be modified to require him to attend an inpatient program for substance abuse treatment.(Doc. # 59).

3. Mr. Herring is a participant in the Drug Court Program (Doc. # 51).  As a participant in this program, Mr. Herring is represented by undersigned counsel.  (Doc. #  49).

4. Undersigned counsel serves as the attorney representative from the Federal Defender Office for the Drug Court Program, and is assigned to represent all the participants in this program.

5. Defense counsel has a conflict on the date for which this revocation matter is currently set. To ensure continuity in the representation of the Drug Court Program participants, defense counsel respectfully requests that the Court reschedule the hearing currently set for March 3, 2010 to either March 1, 2010 or March 2, 2010.

**WHEREFORE**, Mr. Herring requests that this Motion be granted.

Respectfully submitted,

s/Nicole Ramos
**NICOLE RAMOS**
**NY BAR NO.: 466-0445**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Nicole_ramos@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Todd Brown, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
.

                                            s/Nicole Ramos
                                            **NICOLE RAMOS**
                                            **NY BAR NO.: 466-0445**
                                            Federal Defenders
                                            Middle District of Alabama
                                            201 Monroe Street, Suite 407
                                            Montgomery, AL 36104
                                            TEL:   (334) 834-2099
                                            FAX:   (334) 834-0353
                                            E-Mail: Nicole_ramos@fd.org