IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr188-WHA |
| DARNEZ HERRING ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Reschedule Revocation Hearing (Doc. #61), filed on February 25, 2010, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED, and the supervised release revocation hearing presently set for March 3, 2010, is RESET for March 4, 2010, at 10:00 a.m. in District Courtroom 2-C, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 26th day February, 2010.

　　　　　　　　　　　　　　　　　　　　/s/ W. Harold Albritton
　　　　　　　　　　　　　　　　　　　　W. HAROLD ALBRITTON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE