IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:05cr188-WHA |
| DARNEZ HERRING | ) | |

### ORDER

The court has been advised that the United States and the Defendant have entered into a verbal plea agreement which contemplates the Defendant completing a 28-day residential drug treatment program at the Chemical Addictions Program in Montgomery, Alabama. After completing said program, the Defendant will then proceed to The Lighthouse in Alexander City, Alabama, to participate in a long term residential drug treatment program for a minimum of six months and up to one year. Therefore, as stated in open court on this day, the court accepts the agreement, and it is hereby

ORDERED that hearing on the Petition for Revocation of Supervised Release is CONTINUED, to be rescheduled at a later date.

Further ORDERED that the Defendant is released from custody. The authorities are urged to complete processing of his release as soon as possible as the Defendant must report to the CAP no later than 2:00 p.m. today.

DONE this 4th day March, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE