IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr188-WHA |
| | ) | |
| DARNEZ HERRING | ) | |

**ORDER**

Defendant in this case orally waived a preliminary examination in open court on March 18, 2010. Based on the waiver of preliminary examination, as well as the petition, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the petition. Therefore, it is

ORDERED that the defendant is bound over to the district court for further proceedings. Based on defendant's oral waiver of detention hearing, defendant is committed to the custody of the United States Marshal pending further proceedings.

Done, this 19th day of March, 2010.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE