IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:05cr188-WHA |
| | ) | |
| DARNEZ HERRING | ) | |

**UNOPPOSED MOTION TO RESCHEDULE REVOCATION HEARING**

**NOW COMES** Petitioner, **DARNEZ HERRING,** by and through undersigned counsel, and respectfully moves this Court for an Order rescheduling this revocation matter from March 23, 2010.  In support of this motion, the Defendant submits the following:

1. The government does not oppose this Motion.

2. On March 18, 2010, U.S. Probation Officer Daphne Wilcox filed a Revocation Petition in this case. (Doc. # 65).

2. As of this morning, March 22, 2010, this document is sealed and therefore unavailable for viewing on the PACER system.  As a result, defense counsel has not had the opportunity to review the violation report, or consult with her client regarding the allegations contained therein.

3. It is counsel's understanding that the violation report contains allegations beyond that of mere use. Counsel respectfully requests additional time to investigate the allegations,  and to  secure the presence of any witnesses at Mr. Herring's revocation hearing where such witness testimony may be helpful to the Court's determination of this cause.

**WHEREFORE**, Mr. Herring requests that this Motion be granted.

Respectfully submitted,

        **s/Nicole Ramos**  
        **NICOLE RAMOS**  
        **NY BAR NO.: 466-0445**  
        Federal Defenders  
        Middle District of Alabama  
        201 Monroe Street, Suite 407  
        Montgomery, AL 36104  
        TEL:   (334) 834-2099  
        FAX:   (334) 834-0353  
        E-Mail: Nicole_ramos@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Shepherd, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
.

                                                                                          s/Nicole Ramos
                                                                                         **NICOLE RAMOS**
                                                                                         **NY BAR NO.: 466-0445**
     Federal Defenders
     Middle District of Alabama
     201 Monroe Street, Suite 407
     Montgomery, AL 36104
     TEL:   (334) 834-2099
     FAX:   (334) 834-0353
     E-Mail: Nicole_ramos@fd.org