IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr188-WHA |
| DARNEZ HERRING ) | |

**ORDER**

This case is before the court on the Unopposed Motion to Reschedule Revocation Hearing (Doc. #71), filed on this day by counsel for the Defendant.

The basis for this Motion to Reschedule is that the Petition for Revocation was filed under seal on March 18, 2010, and has been unavailable up to now for defense counsel to view on the PACER system. The file shows, however, that an initial appearance on this Petition was held before the Magistrate Judge on March 18, 2010, at which time the Defendant was represented by counsel from the Federal Defenders Office. At that time, a copy of the Petition would have been available to defense counsel appearing then on behalf of the Defendant. Therefore, it is hereby

ORDERED that the motion is DENIED, and this hearing will be held as scheduled on March 23, 2010, at 10:00 a.m.

DONE this 22nd day March, 2010.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE