Case 2:05-cr-00188-WHA-SRW   Document 78   Filed 03/23/2010   Page 2 of 2

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT:    DARNEZ HERRING
CASE NUMBER:  2:05cr188-WHA

Judgment — Page ___2___ of ___2___

RECEIVED

2010 JUN 15  P 2: 37

UNITED STATES

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**12 months, with no term of supervision to follow.**
It is ORDERED that the term of supervised release imposed on April 20, 2006, is REVOKED.  The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

X    The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where he may receive a psychological evaluation and appropriate treatment to address concerns of ADHD and dyslexia.

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m.  ☐ p.m.   on _____ .

☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.            RETURNED AND FILED

☐    as notified by the Probation or Pretrial Services Office.

## RETURN
JUN 15

I have executed this judgment as follows:

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

Defendant delivered on _____6/9/2010_____   to __FCI Talladega__

at ___1130am___   with a certified copy of this judgment.

_Jesse Seroyer_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL