IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 2:05cr188-WHA** |
| | ) | |
| **DARNEZ HERRING** | ) | |

**O R D E R**

Upon consideration of the Motion for Destruction of Firearm (Doc. #81), filed on February 1, 2013, and for good cause shown, the motion is GRANTED, and it is hereby

ORDERED that the Government is permitted to destroy the following firearm: one Norrinco SKS 7.62 caliber rifle, bearing serial number 23003799C.

DONE this 4th day of February, 2013.

   /s/ W. Harold Albritton
    UNITED STATES DISTRICT JUDGE