IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | DOCKET NUMBER: 2:05CR188-WHA |
| DARNEZ HERRING | * | |

## ORDER TERMINATING PARTICIPANT FROM

## ALLRISE REENTRY COURT PROGRAM

On February 8, 2010, the defendant was accepted as a participant in the Allrise Reentry Court Program. Based on the decision of the Court Team, effective March 23, 2010, the defendant is terminated from the Allrise Reentry Court Program for the following reason(s):

\_\_\_   Continued Non-Compliance (revocation not pursued)

_X_   Continued Non-Compliance (revocation pursued)

\_\_\_   Transfer out of District / Area

\_\_\_   Voluntary Termination

\_\_\_   Successful Completion

\_\_\_   Other: _____

**IT IS ORDERED** that the defendant is terminated from the Allrise Reentry Court Program. The Court further orders this case be administered under the original conditions of supervision and subject to further court action.

DATED this 18th day of September, 2014.

W. KEITH WATKINS

CHIEF UNITED STATES DISTRICT JUDGE